

STEPHEN C. DRIES
U.S. MAGISTRATE JUDGE

# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2020 DEC 30 P 3:07
CLERK OF COURT

(Full name of plaintiff(s))

Mr. Stephen Kotecki

v.

(Full name of defendant(s))

Costco Wholesale, Incorporated
via Mr. W. Craig Jelinek, Pres & C.E.O.

Case Number:
**20-C-1922**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __4069 South Clement Avenue, Milwaukee, WI 53207__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Costco Wholesale, Inc. via W. Craig Jelinek, Pres & C.E.O.__
   (Name)
   is (if a person or private corporation) a citizen of __Washington__

Complaint - 1

and (if a person) resides at 999 Lake Drive, Issaquah, WA 98027
(State, if known) (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Costco Wholesale, Inc., 15300 W. Grange Av., New Berlin, WI 53151
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Having worked for Costco just a few weeks shy of 4-years & incurring managements' harrassment in a schematized & stratigized fashion, I was discharged. This was done to an employee (me), who through his entire course of employment, had a "Perfect Attendance" record. During my course of employment, I also applied for many, actually more than 100, transfer & promotional opportunities with only 1 ever occurring. It was to what is considered the worst job inside the warehouse, that of night merchandising, a heavy-duty, physically straining job. I received it because after 3 postings, I was the only applicant. The interview was even largely by-passed with a social chat.

With all this, the warehouse general manager stated to me, at a later date, no one else would accept the job, so she allowed me to fill it. Being an exemplary worker & seeing I was not quitting, the warehouse manager (Mrs. Jennifer Joven-Herr) escalated her disciplinary harrassment of me & ignored further my applications for both lateral & promotional job movement. When I would ask "why" I did not receive these opportunities, all I received were excuses like "we decided to go in another direction." Even having a "Class A" WI Commercial Driver's License with an array of endorsements for 27 years, a Chauffer license for 12-years before the C.D.L. & forklift driving experience did not qualify me to even train on forklifts while teenagers, with probably only probationary driver's licenses & no experience, were given the jobs. Mrs. Joven-Herr's discipline on me was orchestrated, contrived & solicited so she could placard a facade of problems because she could not utilize poor attendance or lack of work ethic on me. Having had my fill of Mrs. Joven-Herr's discriminatory practices on me of age, race, sex & then on-the-job injury (of which I remain under doctor's care), I contacted a corporate Regional Vice-President (Mr. ___ — name not available) in writing.

ADDENDUM TO: PAGE #3
Complaint to UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PLAINTIFF: MR. STEPHEN KOTECKI

DEFENDANT: COSTCO WHOLESALE, INC.
VIA MR. W. CRAIG JELINEK, PRES. & CEO.

CONTINUING:

MR. _____ (NAME UNKNOWN AT THIS MOMENT) GAVE MRS. JOVEN-HERR HIS RESPONSE IN WRITING TO DELIVER TO ME & I WAS NEARLY CASTERATED & DEMEANED IN HER OFFICE, BUT THEN TOLD I WOULD ONLY GET LIMITED OPPORTUNITY TO PROVE I COULD QUALIFY FOR A FORKLIFT JOB. I KNEW I WAS DOING WELL IN TRAINING, BUT THIS DISMAYED MRS. JOVEN-HERR. SHE TRUMPED UP ANOTHER DISCIPLINARY CHARGE & I WENT TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION & FILED A "CHARGE OF DISCRIMINATION. I WAS COUNTERED WITH A PRE-MEDITATED RETALIATORY REPRISAL OF DISCHARGE AUGUST 17, 2020 WHERE I WAS DENIED ANY REPRESENTATION OR WITNESSES.

INCIDENTALLY, THE STATE OF WISCONSIN, AFTER HEARING, GRANTED ME UNEMPLOYMENT COMPENSATION IDENTIFYING I SHOULD NOT HAVE BEEN DISCHARGED.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I AM RESPECTFULLY REQUESTING MONETARY DAMAGES IN THE FORMS OF COMPENSATORY, PUNITIVE & ANY & ALL COSTS THAT MAY BE ASSOCIATED WITH BRINGING & CARRYING THROUGH ON THESE ACTIONS, BOTH ~~in~~ TO THE PRESENT & INTO THE FUTURE. I ALSO REQUEST ALL MY BENEFITS BE MADE WHOLE & UP-TO-DATE. ADDITIONALLY, I REQUEST IMMEDIATE DISCHARGE OF COSTCO WAREHOUSE MANAGER MRS. JENNIFER JOVEN-HERR & ANYONE THAT MAY HAVE CONSPIRED AND/OR FOLLOWED ORDERS FROM HER IN HER ATTACKS ON ME. I FURTHER REQUEST A CAVEAT PLACED ON MRS. JOVEN-HERR THAT SHE MAY NEVER BE REHIRED ANYWHERE IN THE COSTCO EMPIRE, ITS ASSOCIATED OR AFFILLIATED COMPANIES, OR ANY OF COSTCO'S SUPPLIERS BE THEY DIRECT OR INDIRECT.

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 30TH day of DECEMBER 2020.

Respectfully Submitted,

*Stephen Kotecki*
Signature of Plaintiff

414-426-9771
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

4069 SOUTH CLEMENT AVENUE

MILWAUKEE, WI 53207
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.