# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Stephen P. Kotecki <br> *Plaintiff* <br> v. <br> Costco Wholesale Corporation <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 20-cv-1922-bhl |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Pursuant to the Court's Order, this action is dismissed under Fed. R. Civ. P. 37 and/or Fed. R. Civ. P. 41.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Brett H. Ludwig on a motion for dismissal.

Date: December 6, 2022

*CLERK OF COURT*

Julie D.
*Signature of Clerk or Deputy Clerk*